## 6
### UNITED STATES, Appellant, v. Early C. POOLE, Appellee.

Circuit Court of Appeals, Fourth Circuit. June 15, 1927.

No. 2592.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore.

Coleman, Fell, Morgan & Brune, of Baltimore, Md., for the United States.

George T. Mister, of Baltimore, Md., for appellee.

PER CURIAM. Appeal dismissed, on motion of appellee, for failure to print record. Order filed.